THE STATE EX REL. GRAHAM, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Graham v. Indus.
Comm.* (1998), 83 Ohio St.3d 97.]

(No. 96–2079—Submitted July 8, 1998—Decided September 9, 1998.)

*Raymond J. Tisone & Associates Co., L.P.A.*, and *Raymond J. Tisone*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Doug S. Musick*, Assistant Attorney General, for appellee.

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents and would order relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

F.E. SWEENEY, J., dissents.

COOK, J., dissents and would deny the writ.